FILED

MAR 17 2020

U.S. DISTRICT COURT-V
MARTINSBURG, WV 2!

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WALTER LEE EVANS,<br><br>Defendant. | Criminal No. 3:20CR12<br><br>Violation:   18 U.S.C. § 3146(a)(1) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

**(Failure to Appear After Pre-trial Release)**

On or about March 2, 2020, in the Northern District of West Virginia, the defendant **WALTER LEE EVANS**, having been charged with violations of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C), a felony, and having been released pursuant to chapter 207 of Title 18, United States Code in connection with the aforementioned criminal charges, for appearance before Chief Judge Gina M. Groh at 11:30 a.m. on March 2, 2020, for a hearing on a motion, in Case Number 3:19-CR-41, entitled *United States v. Walter Lee Evans*, did knowingly and willfully fail to appear as required, in violation of 18 U.S.C. § 3146(a)(1).

A true bill,

/s/
Grand Jury Foreperson

/s/
WILLIAM J. POWELL
United States Attorney

Lara K. Omps-Botteicher
Assistant United States Attorney